

*ATTORNEYS AT LAW*

**David C. Steinmetz, Esq.**
Tel: 732-719-5030
Fax: 732-961-3979
Email: david@steinmetzlawllc.com

July 2, 2015

**VIA: PACER**
Honorable Peter G. Sheridan, J. U.S.D.C.
Clarkson S. Fisher Federal Building and U.S. Court Couse
Room 4E
402 East State Street
Trenton, New Jersey 08608

        Re: CRE/ADC Venture 2013-1, LLC the Successor in interest to the FDIC, as Receiver for United Western Bank v. 640 West State Street, LLC et al.
        **Docket No.: 3:12-cv-6241**

Dear Judge Sheridan:

    This firm represents the defendants Jacob Iskowitz and Lisko Holdings, LLC in this matter. There was a teleconference scheduled for on July 2, 2015 at 12:30 PM. With consent of my adversary, I previously requested that the teleconference be adjourned for after 2 P.M. as neither attorney was available until then. I have recently learned that my adversary will not be available until July 7, 2015 at the earliest. I hereby request an additional adjournment until July 7, 2015 at the earliest, at a time convenient for the Court, as my adversary will not be available until that time.

    Thank you for your extended courtesies in this matter.

        Very truly yours,

        /s/ David C. Steinmetz

        David C. Steinmetz, Esq.
        Steinmetz LLC
        212 2nd Street, Suite 304
        Lakewood, New Jersey

cc: Benzion Frankel, Esq.
    Attorney for 640 West State Street Note Holder LLC (via email)

**Steinmetz, LLC**
Lexington Towers
212 Second Street, Suite 304
Lakewood, New Jersey 08701